E-FILED
Monday, 12 March, 2007 10:42:18 AM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED
MAR 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

PATRICK BOTT

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-MJ-6023

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 21, 2007, in Peoria County, in the Central District of Illinois defendant, (Track Statutory Language of Offense)

PATRICK BOTT, distributed more than 50 kilograms of a mixture and substance containing marijuana, a Schedule I controlled substance,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(C)

I further state that I am a(n) Special Agent - FBI and that this Complaint is based on the following facts:

SEE ATTACHMENT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/Agent
Signature of Complainant
Jerry W. Nau
Special Agent - FBI

Sworn to before me and subscribed in my presence,

3-12-07    at    Peoria, IL
Date                City and State

JOHN A. GORMAN
United States Magistrate Judge
Name & Title of Judicial Officer

s/John A. Gorman
Signature of Judicial Officer

AFFIDAVIT

I, JERRY W. NAU, state I have been a Special Agent(SA) with the Federal Bureau of Investigation(FBI), since December 1999 and am assigned to the FBI Springfield Division, Peoria Resident Agency. I am currently assigned to investigate violations to include Title 21 U.S.C., sections 841 (a)(1) and (b)(1)(C). As a Special Agent of the FBI, I have participated in the execution of numerous search warrants for controlled substances, weapons, drug paraphernalia, and financial records of narcotics traffickers. I have debriefed defendants, participant witnesses, informants, and other people who have personal knowledge of the illegal narcotics trade, including the amassing, spending, converting, transporting, distributing, and concealing of proceeds of narcotics trafficking. The information in this affidavit has become known to me through interviews and reports from other law enforcement officers, agents, and witnesses. I, the undersigned Affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. This affidavit is made in support of an application for an arrest warrant for Patrick Bott. The unlawful activities are the possession with intent to distribute more than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(C).

2. Information was received that Patrick Bott, born September 23, 1956, was distributing marijuana in the Peoria area. Investigation also revealed that Bott lived at 3517 NE Brevis, Peoria, IL

3. On 02/21/2007, a surveillance team observed Bott load boxes into Bott's Ford F250 truck. Illinois State Police (ISP) placed a seizure warrant on the truck for a previous charge. At 10:37a.m. ISP trooper Filkins stopped Bott. An inventory search of the truck revealed approximately 203 pounds of marijuana in the bed of the truck. The marijuana field tested positive for matijuana.

4. Through investigation, enough information was developed to obtain a search warrant for the address of 19317 E. Sugar Road, Farmington, IL signed by Judge Bord on February 21, 2007.

5. On February 21, 2007, members of the Metropolitan Enforcement Group (MEG) executed the search warrant on the address of 19317 E. Sugar Road, Farmington, IL.

6. Peoria MEG Agents found approximately 238 grams of marijuana in a plastic bag, license plates registered to Patrick

Bott, and a digital scale.

Based on the foregoing, the Affiant believes that there is probable cause to issue a complaint charging Patrick Bott, with intent to distribute more than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(C).

                                        s/Agent
                                        Jerry W. Nau
                                        Special Agent
                                        Federal Bureau of Investigation
                                        Peoria, IL

Subscribed to and sworn to before me this 12th day of March 2007.

                                        s/John A. Gorman
                                        John A. Gorman
                                        United States Magistrate Judge