# United States District Court

**MAR 19 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA
vs.

PATRICK BOTT

## WARRANT FOR ARREST

CASE NO. 07- mj-6023

*RECEIVED 2007 MAR 15 P 3:03 U.S. MARSHALS SERVICE CENTRAL ILLINOIS*

TO:  THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __PATRICK BOTT__, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with distribution of more than 50 kilograms of a mixture and substance containing marijuana, a Schedule I controlled substance,

in violation of Title ____21____ United States Code, Section(s) __841(a)(1) and 841(b)(1)(C)__

_____JOHN A. GORMAN_____                    _____United States Magistrate Judge_____
Name of Issuing Officer                                                         Title of Issuing Officer

s/John A. Gorman                                  3-12-07                    at Peoria, Illinois
Signature of Issuing Officer                      Date and Location

Bail fixed at $ __Detention Requested__ by _____John A. Gorman, United States Magistrate Judge_____
                                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Peoria__

| Date Received 03/15/07 | Name of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 03/12/07 | Title of Arresting Officer  FBI | |